UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUBEN CUEVAS,

    Petitioner,

v.                                          Case No.: 8:06-cv-1126-T-24-TGW
                                               Case No.: 8:98-cr-154-T-24-TGW

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

       This cause comes before the Court on Petitioner Ruben Cuevas's Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure 60(b) and 60(d). (Civ. Doc. 44).

       This Court denied Cuevas's Motion to Vacate his sentence on November 27, 2006. (Civ. Doc. 29). Cuevas filed a notice to appeal that decision on February 17, 2012. (Civ. Doc. 31). On July 10, 2012, the Eleventh Circuit Court of Appeals dismissed the appeal for lack of jurisdiction. (Civ. Doc. 43). Cuevas now seeks relief from judgment pursuant to Federal Rules of Civil Procedure 60(b) and 60(d). (Civ. Doc. 44). This Court has considered Cuevas's motion along with the other pleadings and orders in the case file and after careful consideration, has determined that the motion should be denied.

       Accordingly, Cuevas's Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure 60(b) and 60(d) (Civ. Doc. 44), is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of July, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner