UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUBEN CUEVAS

v.  Case No.: 8:06-cv-1126-T-24 TGW
    8:98-cr-154-T-24 TGW

UNITED STATES OF AMERICA

_____/

**ORDER**

This cause comes before the Court on Petitioner Ruben Cuevas' motion to proceed on appeal in forma pauperis. (CV Doc. No. 47). Petitioner wants to appeal this Court's July 30, 2012 order denying his motion for relief from judgment. (CV Doc. No. 45). As explained below, the motion is **DENIED**.

The issue that Petitioner wants to appeal–whether the Court erred in denying him relief from judgment–has no merit. Petitioner cannot appeal in forma pauperis if this "[C]ourt certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is 'frivolous,' or 'has no substantive merit.'" Hunter v. Easterling, 2010 WL 3283366, at *1 (M.D. Ala. Aug. 18, 2010)(internal and external citations omitted). Upon review of the issue in this appeal, the Court finds that the appeal has no substantive merit, and thus, it is not made in good faith. Therefore, Petitioner's motion to proceed in forma pauperis on appeal is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida this 23rd day of August, 2012.

Copies to:
Pro Se Petitioner
Counsel of Record
The Eleventh Circuit Court of Appeals

SUSAN C. BUCKLEW
United States District Judge